**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 17, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00425-CR

## IN RE CHARLES WILLIAMS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**130th District Court**
**Matagorda County, Texas**
**Trial Court Cause No. 07-393**

## MEMORANDUM OPINION

On June 2, 2014, relator Charles Williams filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (West 2004)); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Craig Estlinbaum, presiding judge of the 130th District Court of Matagorda County, to release relator on bond and correct the record to reflect the offense for which relator was actually convicted.

Section 22.221 of the Texas Government Code expressly limits the mandamus jurisdiction of the court of appeals to: (1) writs against a "judge of a district or county court in the court of appeals district"; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. Matagorda County is not within our appellate district. *See* Tex. Gov't Code Ann. § 22.201(o) (West Supp. 2013). Instead, Matagorda County is within the Thirteenth Court of Appeals district. *Id.* 22.201(n). Because Matagorda County is not in our appellate district and it is not necessary to enforce this court's jurisdiction, we have no authority to issue a writ of mandamus directed at the presiding judge of the 130th District Court.

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel Consists of Justices Christopher, Jamison, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).